# United States Court of Appeals
## For the First Circuit

No. 13-1825

IVAN HODGE,

Petitioner, Appellee,

v.

ANTHONY MENDONSA, Superintendent,

Respondent, Appellant.

ERRATA SHEET

The opinion of this Court issued on December 30, 2013 is amended as follows:

On page 2, line 3, "the" is inserted between "of" and "second-degree".

On page 2, line 10, the extra space between "v." and "Francis" is deleted.

On page 2, line 11, "(unpublished table opinion) (2011)" is replaced with "(2011) (unpublished table opinion)".